## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Harold K. Woodley<br>                              Debtor(s) | CHAPTER 13 |
| Citibank, N.A., as trustee for CMLTI Asset Trust<br>                              Movant<br>              vs.<br>Harold K. Woodley<br>                              Debtor(s) | NO. 19-11054 ELF |
| William C. Miller Esq.<br>                              Trustee | 11 U.S.C. Sections 362 and 1301 |

### ORDER

AND NOW, this 12th day of November, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay of all proceedings is **GRANTED** and the automatic stay under 11 U.S.C. Section 362, is **MODIFIED** with respect to the subject premises located at 66 Pennsylvania Avenue, Coatesville, PA 19320 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

Harold K. Woodley
66 Pennsylvania Avenue
Coatesville, PA 19320

Lewis P. Hannah
Lewis P Hannah & Associates LLC
1420 Walnut Street, Suite 815
Philadelphia, PA 19102

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532