UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HAROLD K WOODLEY                                Chapter 13

                    Debtor            Bankruptcy No. 19-11054-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: November 13, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
LEWIS P HANNAH & ASSOCIATES LLC
1420 WALNUT ST., SUITE 815

PHILADELPHIA, PA 19102-

Debtor:
HAROLD K WOODLEY

66 PENNSYLVANIA AVENUE

COATESVILLE, PA 19320