United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Harold K Woodley  
    Debtor

Case No. 19-11054-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: ChrissyW　　　Page 1 of 2　　　Date Rcvd: Nov 13, 2019  
　　　　　　　　　　　　Form ID: pdf900　　　Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2019.

```
db          +Harold K Woodley,    66 Pennsylvaina Avenue,    Coatesville, PA 19320-3678
cr          +Citibank, N.A., as Trustee,    RAS Crane, LLC,    10700 Abbott's Bridge Road, Suite 170,
              Suite 170,    Duluth, GA 30097-8461
14286406     Ars Account Resolution,    1801 NW 66th Ave,    Fort Lauderdale, FL 33313-4571,    ,
14286407     Bureau of Child Support Enforcement,    1303 N J1h St,    Harrisburg PA 17102-1424
14281251    +CITIBANK NA,    C/O RAS CRANE, LLC,    BANKRUPTCY DEPARTMENT,
              10700 ABBOTT'S BRIDGE ROAD, SUITE 170,    DULUTH, GA 30097-8461
14312520    +CITIBANK, N.A.,    Fay Servicing, LLC,    3000 Kellway Drive Suite 150,
              Carrollton, TX 75006-3357
14286408    +Chester Co Ors,    117 W Gay St,    West Chester, PA 19380-2932
14396615    +Citibank, N.A., as trustee for CMLTI Asset Trust,    C/O KML Law Group,    Kevin G. McDonald Esq,
              701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
14286409     Citimortgage Inc,    PO Box 9438,    Gaithersburg, MD 20898 -9438
14322894    +City of Coatesville,    c/o James R. Wood, Esquire,    Portnoff Law Associates, Ltd.,
              2700 Horizon Drive, Suite 100,    King of Prussia, PA 19406-2726
14322442    +City of Coatesville,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
              Norristown, PA 19404-3020
14286411     Creditech/City of Coatesville,    50 Nth St,    Bangor, PA 18013-1731
14286412     Emergency Phy Assoc of PA Pc,    501 Bath Rd,    Bristol, PA 19007-3101
14276365    +FAY SERVICING,    PO BOX 619063,    DALLAS,TX 75261-9063
14345991     Fay Servicing, LLC,    PO BOX 814609,    Dallas TX 75381-4609
14286405     Fay servicing C/O KML Law Group,    BNY Mellon lndepence Ct,    Suite 5000,
              701 Market Street Philadelphia, PA 19106
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: megan.harper@phila.gov Nov 14 2019 03:40:51     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 14 2019 03:40:38     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14286410      E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 14 2019 03:41:03
              Credit Coll/ Progressive Insurance,    PO Box 9134,    Needham, MA 02494-9134
14286234      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2019 03:48:18     LVNV Funding, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14289637      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 14 2019 03:40:23
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg, PA  17128-0946
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
cr*          +City of Coatesville,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
              Norristown, PA 19404-3020
cr*           Fay Servicing, LLC,    PO Box 814609,    Dallas, TX  75381-4609
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                  Date Rcvd: Nov 13, 2019
                              Form ID: pdf900             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2019 at the address(es) listed below:
              JAMES RANDOLPH WOOD    on behalf of Creditor    City of Coatesville jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              KEVIN G. MCDONALD    on behalf of Creditor    Citibank, N.A., As Trustee For Cmlti Asset Trust
               bkgroup@kmllawgroup.com
              LEWIS P. HANNAH    on behalf of Debtor Harold K Woodley lhannah969@aol.com,
               Lphcourtfilings@verizon.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 6

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HAROLD K WOODLEY                                Chapter 13

           Debtor                    Bankruptcy No. 19-11054-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: November 13, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
LEWIS P HANNAH & ASSOCIATES LLC
1420 WALNUT ST., SUITE 815

PHILADELPHIA, PA 19102-

Debtor:
HAROLD K WOODLEY

66 PENNSYLVANIA AVENUE

COATESVILLE, PA 19320